No. 97–924.  HIBBS ET AL. *v.* CITY OF SAN BUENAVENTURA. Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 97–984.  REMINGTON INVESTMENTS, INC. *v.* HAMEDANI. Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 97–1023.  CHAMPION INTERNATIONAL CORP. *v.* SMITH, EXECUTRIX FOR THE ESTATE OF SMITH.  C. A. 4th Cir.  Certiorari denied.

No. 97–1055.  FINOVA CAPITAL CORP., SUCCESSOR IN INTEREST TO BELL ATLANTIC TRICON LEASING CORP. *v.* LIFECARE X-RAY, INC., ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 97–1091.  SUMMIT *v.* S–B POWER TOOL (SKIL CORP.).  C. A. 8th Cir.  Certiorari denied.

No. 97–1098.  DANCY *v.* HYSTER CO.  C. A. 8th Cir.  Certiorari denied.

No. 97–1103.  ELEWSKI *v.* CITY OF SYRACUSE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 97–1104.  FARMER *v.* UNIVERSITY AND COMMUNITY COLLEGE SYSTEM OF NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 97–1105.  DERZACK ET VIR *v.* ALLEGHENY COUNTY CHILDREN AND YOUTH SERVICES.  Super. Ct. Pa.  Certiorari denied.

No. 97–1109.  LAND & LAKES CO. ET AL. *v.* HENDERSON, COMMISSIONER, ILLINOIS DEPARTMENT OF ENVIRONMENT, ET AL. App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 97–1115.  METROPOLITAN DADE COUNTY ET AL. *v.* ENGINEERING CONTRACTORS ASSOCIATION OF SOUTH FLORIDA, INC., ET AL.; and
No. 97–1160.  ALLIED MINORITY CONTRACTORS ASSN., INC. *v.* ENGINEERING CONTRACTORS ASSOCIATION OF SOUTH FLORIDA, INC., ET AL.  C. A. 11th Cir.  Certiorari denied. Reported below: 122 F. 3d 895.